1    Tanya E. Moore, SBN 206683
     MOORE LAW FIRM, P.C.
2    300 South First Street, Suite 342
     San Jose, California  95113
3    Telephone (408) 298-2000
     Facsimile (408) 298-6046
4    Emails: tanya@moorelawfirm.com;
     service@moorelawfirm.com
5
     Attorney for Plaintiff,
6    Gerardo Hernandez

7

8

9                     **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12   GERARDO HERNANDEZ,                    )  No.  3:19-cv-07040-TSH
                                           )
13              Plaintiff,                 )  **STIPULATION FOR DISMISSAL OF**
                                           )  **ENTIRE ACTION**
14         vs.                             )
                                           )
15   BRANDON ROY dba VALLEY AUTO           )
     PARTS aka VALLEY AUTOMOTIVE           )
16   DISTRIBUTORS; EDWARD ROY;             )
                                           )
17              Defendants.                )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20   _____      )

21

22

23

24

25

26

27

28

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and

2  Defendants, Brandon Roy dba Valley Auto Parts aka Valley Automotive Distributors; and

3  Edward Roy, the parties to this action, that pursuant to Federal Rule of Civil Procedure

4  41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each

5  party is to bear its own attorneys' fees and costs.

6

7  Dated: February 26, 2020                MOORE LAW FIRM, P.C.

8
                                          */s/ Tanya E. Moore*
9                                          Tanya E. Moore
                                           Attorney for Plaintiff,
10                                         Gerardo Hernandez

11

12  Dated: February 26, 2020               GORDON REES SCULLY MANSUKHANI, LLP

13
                                          */s/ Jan Buddingh, Jr.*
14                                         Jan Buddingh, Jr.
                                           Attorneys for Defendants,
15                                         Brandon Roy dba Valley Auto Parts aka Valley
                                           Automotive Distributors; and Edward Roy
16

17                                        **ATTESTATION**

18

19  Concurrence in the filing of this document has been obtained from each of the individual(s)
    whose electronic signature is attributed above.
20
                                          */s/ Tanya E. Moore*
21                                         Tanya E. Moore
                                           Attorney for Plaintiff,
22                                         Gerardo Hernandez

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION